UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEBORA REY FLORES,

NO. CIV. S-05-1294 LKK/DAD

     Plaintiff,

  v.                                        O R D E R

STATE OF CALIFORNIA, et al.,

     Defendants.
_____/

    A hearing in this case was scheduled for September 12, 2005, at 10:00 a.m., on the Law and Motion Calendar of this court pursuant to defendants' motion for summary judgment.  Local Rule 78-230(c) for the Eastern District of California specifies that an opposition or statement of non-opposition to the granting of the motion shall be in writing and shall be served and filed not less than fourteen (14) days prior to the hearing.  Plaintiff has failed to file an opposition or statement of non-opposition.

////

////

1

1          Accordingly, the court ORDERS as follows:

2          1.  Counsel for plaintiff, is hereby ORDERED TO SHOW CAUSE in

3    writing not later than ten (10) days from the effective date of

4    this order why sanctions should not issue in the above-captioned

5    case in the amount of One Hundred Fifty Dollars ($150) as required

6    by Local Rule 11-110 for failure to file a timely opposition in

7    accordance with Local Rule 78-230, unless that party timely files

8    a written Statement of No Opposition.  Hearing shall be held on the

9    Order to Show Cause at the time of hearing on this motion.

10         2.  The hearing on the motion for summary judgment presently

11   before the court is CONTINUED to September 26, 2005, where it will

12   be called on the court's regularly scheduled Law and Motion

13   Calendar, beginning at 10:00 a.m.

14         3. Plaintiff's counsel is directed to file and serve the

15   opposition no later than September 12, 2005 at 4:00 p.m.

16         IT IS SO ORDERED.

17         DATED:  August 30, 2005

18                                    /s/Lawrence K. Karlton
                                      LAWRENCE K. KARLTON
19                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

                                      2