UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEBORA REY FLORES,

            NO. CIV. S-05-1294 LKK/DAD

      Plaintiff,

  v.                      O R D E R

STATE OF CALIFORNIA, et al.,

      Defendants.
_____/

    A motion to dismiss filed by defendants is currently scheduled for September 26, 2005 on this court's Law and Motion calendar.  On September 7, plaintiff filed an amended complaint which plaintiff claims removes all causes of action at issue in the motion to dismiss.  Accordingly, defendant's motion to dismiss is MOOT and the hearing scheduled for September 26, 2005 on this matter is VACATED.

    On September 1, 2005, the court issued an order to show cause because plaintiff failed to file an opposition or statement of non-opposition to defendant's motion to dismiss.  The court is in

1

1   receipt of plaintiff's response to the order to show cause.[1] No

2   good cause being shown, counsel for plaintiff is sanctioned in the

3   amount of one hundred and fifty ($150.00) dollars.  This sum shall

4   be paid to the Clerk of the Court no later than thirty (30) days

5   from the effective date of this order.  Counsel shall file an

6   affidavit accompanying the payment of this sanction which states

7   that it is paid personally by counsel, out of personal funds, and

8   is not and will not be billed, directly or indirectly, to the

9   client or in any way made the responsibility of the client as

10  attorneys' fees or costs.

11       IT IS SO ORDERED.

12       DATED:  September 19, 2005

13

14                              /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
15                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
16

17

18

19

20

21

22

23

24

---

[1] Plaintiff's counsel explains that he intended to file an
25  amended complaint subsequent to receiving the motion to dismiss but
    failed to do so because he "was then preparing for trial in two
26  different cases" in state court.

2