UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEBORA REY FLORES,

        Plaintiff,

  v.                                  NO. CIV. S-05-1294 LKK/DAD

STATE OF CALIFORNIA, et al.,

        Defendants.
                                /

**STATUS (PRETRIAL SCHEDULING) ORDER**

Pursuant to court order, a Status (pretrial scheduling) Conference was held in Chambers on September 26, 2005. DAVID SPRINGFIELD appeared as counsel for plaintiff; DAVID PERRAULT appeared as counsel for defendant Chapa. After hearing, the court makes the following findings and orders:

**FURTHER STATUS CONFERENCE**

A further Status Conference is now SET for October 31, 2005 at 11:00 a.m. The parties are reminded of their obligation to file and serve status reports not later than ten (10) days preceding the

1

conference.  Plaintiff shall give notice of the continued Status Conference to any defendant who was served but has not yet appeared.

IT IS SO ORDERED.

DATED: September 27, 2005.

>               /s/Lawrence K. Karlton
>               LAWRENCE K. KARLTON
>               SENIOR JUDGE
>               UNITED STATES DISTRICT COURT